Kerry A. GIBSON, Plaintiff–Appellant

v.

SOCIAL SECURITY ADMINISTRATION; U.S. Department of Labor, OWCP; Gary A. Steinberg, U.S. Department of Labor, OWCP; Jo Anne B. Barnhart; Fred Heese, Director, Defendants–Appellees.

No. 13–2940.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 1, 2013.

Filed: Oct. 3, 2013.

Kerry A. Gibson, Saint Louis, MO, pro se.

Before MURPHY, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Missouri resident Kerry Gibson appeals the district court's [1] pre-service dismissal without prejudice of his pro se action for lack of subject matter jurisdiction. Having carefully reviewed the record and con-

---

1. The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.

sidered Gibson's arguments for reversal, we agree with the district court's reasons for concluding that subject matter jurisdiction was lacking. *See In Home Health, Inc. v. Shalala,* 272 F.3d 554, 559 (8th Cir.2001) (de novo review of subject matter jurisdiction based upon exhaustion of administrative remedies). The district court also did not err in denying Gibson's post-judgment motion. Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.